UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| Farhad Radfar )<br>739 ElmCroft Blvd. )<br>Apt. G202 )<br>Rockville, MD 20850 )<br> )<br>    Plaintiff, on behalf of himself and )<br>    others similarly situated )<br> )<br>    v. )<br> )<br>ROCKVILLE AUTO GROUP, LLC )<br>17 Fedor Ave. )<br>Gaithersburg, MD 20877 )<br> )<br>    and )<br> )<br>TUBA HAMEDI )<br>8420 Sego Lily Ct. )<br>Lorton, VA 22079 )<br> )<br>    and )<br> )<br>ABDULLAH RAZAQ )<br>8420 Sego Lily Ct. )<br>Lorton, VA 22079 )<br> )<br>    Defendants | Case No.: *8:16-cv-03082-GJH* |

**PLAINTIFF'S MOTION REQUESTING THE COURT GRANT PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND PLAINTIFF'S MOTION TO CONDITIONALLY CERTIFY A COLLECTIVE ACTION AND TO ISSUE NOTICE**

Plaintiff respectfully moves this Court for entry of an Order granting Plaintiff's Motion For Leave to File an Amended Complaint and Plaintiff's Motion to Conditionally

Certify a Collective Action and to Issue Notice, because Defendants have failed to respond to either of the Plaintiff's motions within the time allowed by law.

On December 22, 2017, Plaintiff filed a Motion For Leave to File an Amended Complaint. On the same date, Plaintiff also filed a Motion to Conditionally Certify a Collective Action and to Issue Notice

Under this Court's Rules, Defendant's were required to respond within 14 days to our Motions  "Unless otherwise ordered by the Court, all memoranda in opposition to a motion shall be filed within fourteen (14) days of the service of the motion". Maryland Local Rule 105 (2)(a). This court has not directed any other time for filing. Accordingly, any opposition to the Plaintiff's Motion's was due January 5, 2018. The opposition is now 30 days late.  There was no justification for Defendant's failure to file an opposing memorandum. The opposing counsel have not contacted the Plaintiff to ask for extension of time. Consequently, this Court should treat the Motions as conceded.

Respectfully submitted,

Dated: February 5, 2018                                By: /s/ Ali Herischi_____
                                                       Ali Herischi, Esq.
                                                       Herischi & Associates LLC
                                                       7201 Wisconsin Ave., Suite 450
                                                       Bethesda, Maryland 20814
                                                       Phone: 301-363-4540
                                                       Fax: 301-363-4538
                                                       *Attorney for Plaintiff*